```
                    UNITED STATES DISTRICT COURT
                         DISTRICT OF NEVADA
                           RENO, NEVADA
```

| | | |
|---|---|---|
| PHILLIPSE GMUROUSKY, | ) | 3:08-CV-0428-ECR-VPC |
| Plaintiff, | ) | MINUTES OF THE COURT |
| vs. | ) | DATE: December 11, 2008 |
| FBI JUDGE, SPRINGFIELD MISSOURI PRISON, | ) | |
| Defendants. | ) | |

PRESENT:     EDWARD C. REED, JR.                    U. S. DISTRICT JUDGE

Deputy Clerk:   COLLEEN LARSEN          Reporter:    NONE APPEARING

Counsel for Plaintiff(s)              NONE APPEARING

Counsel for Defendant(s)              NONE APPEARING

MINUTE ORDER IN CHAMBERS

    On November 12, 2008, the Magistrate Judge filed a Report and Recommendation (#5) which recommends that this action be dismissed without prejudice. No objections were timely filed to the Report and Recommendation (#5).

    The Report and Recommendation (#5) is well taken. **IT IS HEREBY ORDERED** that the Report and Recommendation (#5) is **APPROVED** and **ADOPTED**.

    **IT IS, THEREFORE, HEREBY ORDERED** that this action is **DISMISSED** without prejudice.

    The Clerk shall enter judgment accordingly.

```
                                          LANCE S. WILSON, CLERK

                                          By        /s/
                                                Deputy Clerk
```