AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*             DISTRICT OF   NEVADA

PHILLIPSE GMUROUSKY,

     Plaintiff,         JUDGMENT IN A CIVIL CASE

V.

         CASE NUMBER: **3:08-cv-0428-ECR-VPC**

FBI JUDGE, SPRINGFIELD MISSOURI PRISON,

     Defendants.

___    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**    **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the #5 Report and Recommendation is APPROVED and ADOPTED. IT IS, THEREFORE, HEREBY ORDERED that this action is DISMISSED without prejudice.


   December 12, 2008               **LANCE S. WILSON**
                                         Clerk

                                         /s/ Kalani Lizares
                                         Deputy Clerk